Jaime **TRAVERSO**, Sr., Petitioner–Appellant,

v.

William W. **SONDERVAN**; Attorney General for the State of Maryland, Respondents–Appellees.

No. 00–6197.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2000.

Decided Jan. 5, 2001.

Jaime Traverso, Sr., pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Jaime Traverso, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's

opinion and find no reversible error. Accordingly, we deny a certificate of appealability and affirm the appeal on the reasoning of the district court. *Traverso v. Sondervan,* No. CA–99–2480–MJG (D.Md. Jan. 13, 2000); *see Artuz v. Bennett,* 531 U.S. 4, 9, 121 S.Ct. 361, 364, 148 L.Ed.2d 213, —— (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*